ORAL ARGUMENT NOT YET SCHEDULED

No. 24-1314

_____

IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

BOUTIQUE AIR INC.,
*Petitioner*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION
and PETE BUTTIGIEG, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF TRANSPORTATION,
*Respondents*

_____

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)(1)**

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned petition for review is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1).[1] Each party shall bear its own costs and fees.

Dated: November 22, 2024

---

[1] This is without prejudice to any potential future petition for review that Petitioner may file with regard to the Department's November 21, 2024 Order (No. 2024-11-16) denying the Petition for Reconsideration in connection with the Department's Order that is the subject of the above-captioned petition.

|  | Respectfully submitted, |
|---|---|
| */s/ M. Roy Goldberg* | CHARLES E. ENLOE |
| M. Roy Goldberg |    *Assistant General Counsel* |
| Clark Hill PLC |  |
| 1001 Pennsylvania Avenue, NW | */s/ Emily L. Kveselis* |
| Suite 1300 South |    *Trial Attorney* |
| Washington, D.C. 20004 | U.S. Department of Transportation |
| (202) 552-2388 | 1200 New Jersey Ave., S.E. |
| rgoldberg@clarkhill.com | Washington, D.C. 20590 |
|  | (202) 329-8600 |
|  | emily.kveselis@dot.gov |
| *Counsel for Petitioner* |  |
|  | *Counsel for Respondents* |